# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | CRIM NO. 07-10339-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| NYGELL JONES | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING FINGERPRINTING OF
## DEFENDANT NYGELL JONES

WHEREAS, on or about August 4, 2007, the Boston Police seized a 9MM pistol ("firearm") containing a magazine; and

WHEREAS, the Boston Police Latent Print Unit ("LPU") did not develop any fingerprints of value on the firearm, but did develop a latent print of potential value on the magazine of the firearm; and

WHEREAS, the LPU believes the latent print may have come from a fingertip; and

WHEREAS, the LPU has advised that the available fingerprint records for Nygell Jones do not include full fingerprints and palm prints and, in particular, do not include fingertip prints; and

WHEREAS, Nygell Jones has no objection to having the government take full fingerprints and palm prints, including prints of his fingertips, for the purpose of comparing his prints to the latent print developed on the magazine of the firearm:

- 2 -

IT IS HEREBY ORDERED THAT:

1.      Nygell Jones shall have his full fingerprints and palm prints (including prints of his fingertips) taken by the government within ten (10) days of this order; and

2.      Nygell Jones's attorneys shall be permitted to observe the entire fingerprinting procedure granted by this order; and

3.      The government shall produce to Nygell Jones's attorneys, within thirty (30) days of this order, the results of all fingerprint analysis and examination using the fingerprinting granted by this order.

SO ORDERED.


DATED:  Boston, Massachusetts
This 6 day of February , 2008.


_Judith Gail Dein_
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE


1703103.1